IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 5:21-828 |
| | ) | 18 U.S.C. § 924(c)(1)(A)(ii) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 18 U.S.C. § 982(a)(5) |
| v. | ) | 18 U.S.C. § 2119 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| **SHIA LEE** | ) | **INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

That on or about December 19, 2020, in the District of South Carolina, the Defendant, **SHIA LEE**, took a motor vehicle, that is, a 2012 Jeep Grand Cherokee, that had been transported, shipped, and received in interstate and foreign commerce, from and in the presence of C.R. and M.R. by force, violence, and intimidation with the intent to cause death and serious bodily harm;

In violation of Title 18, United States Code, Section 2119.

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about December 19, 2020, in the District of South Carolina, the Defendant, **SHIA LEE**, knowingly did use and carry a firearm during and in relation to, and did possess a firearm in furtherance of, a crime of violence, as charged in Count 1, which is prosecutable in a court of the United States, and, during the course of said offense, the firearm was brandished;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## FORFEITURE

### FIREARM OFFENSE:

Upon conviction for violation of Title 18, United States Code, Section 924(c) as charged in this Indictment, the Defendant, **SHIA LEE**, shall forfeit to the United States all of the Defendant's rights, title and interest in and to,

    (a) any firearms and ammunition (as defined in 18 U.S.C. § 921) -

        (1) involved in or used in any knowing violations of 18 U.S.C. § 924, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

### CARJACKING:

Upon conviction for violation of Title 18, United States Code, Section 2119 as charged in this Indictment, the Defendant, **SHIA LEE,** shall forfeit to the United States any firearms used or intended to be used, in any manner or part, to commit or facilitate the commission of the offense, and any property, real or personal, constituting, derived from or traceable to proceeds the Defendant obtained directly or indirectly as a result of such offense.

### PROPERTY:

Pursuant to Title 18, United States Code, Sections 924(d)(1) and 982(a)(5), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offenses charged in this Indictment includes, but is not limited to, the following:

    A.    Firearm:

        Smith & Wesson, Unknown Model, .380 caliber pistol
        Serial Number: Unknown

    B.    Ammunition:

        Miscellaneous rounds of .380 caliber ammunition

3

C.  Proceeds/Forfeiture Judgment:

A sum of money equal to all proceeds the Defendant obtained as a result of the offense charged in the Indictment, and all interest and proceeds traceable thereto as a result for his violation of 18 U.S.C. § 2119.

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third person;
(c) has been placed beyond the jurisdiction of the Court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the Defendant up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 18, United States Code, Sections 924(d)(1) and 982(a)(5), and Title 28, United States Code, Section 2461(c).

A True BILL

FOREPERSON

M. RHETT DEHART (ebd)
ACTING UNITED STATES ATTORNEY

4